# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| AICI-Archirodon JV | )    ASBCA No. 60843 |
| | ) |
| Under Contract No. W912ER-12-C-0033 | ) |

APPEARANCES FOR THE APPELLANT:      Scott M. Heimberg, Esq.
    Maureen C. Hughes, Esq.
    Mark J. Groff, Esq.
    Elise A. Farrell, Esq.
      Akin Gump Strauss Hauer & Feld LLP
      Washington, DC

APPEARANCES FOR THE GOVERNMENT:      Michael P. Goodman, Esq.
      Engineer Chief Trial Attorney
    James D. Stephens, Esq.
    Rebecca L. Bockmann, Esq.
      Engineer Trial Attorneys
      U.S. Army Engineer District, Middle East
      Winchester, VA

## ORDER OF DISMISSAL

The appeal has been settled. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: February 20, 2020

TERRENCE S. HARTMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60843, Appeal of AICI-Archirodon JV, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2